

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Fourte International Limited

                              **Plaintiff,**

                    V.

IQBody LLC

                              **Defendant.**

Civil Action No.   21-cv-01851-L-BGS

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is hereby entered in favor of Fourte International Limited and against IQBody LLC as follows: $124,419.20 in compensatory damages; $52,977.05 in prejudgment interest; $875 in costs; and Interest on the judgment at the legal rate until the judgment is satisfied.

Date:   12/27/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ J. Petersen

J. Petersen, Deputy